**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride (SBN: 297557)
ryan@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**SERAPH LEGAL, P.A.**
Philip R. Goldberg (SBN: 298855)
Bryan J. Geiger (Fla. Bar No.: 119168)
11045 Camarillo Street, #116
North Hollywood, CA 91602
Telephone: (773) 388-2784
Facsimile: (877) 205-4380
PGoldberg@SeraphLegal.com
BGeiger@SeraphLegal.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEANNA HUMPHREY,** *and* **TIMOTHY WORMLEY, SR.,** *individually and on behalf of a class of similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant. | Case No.: 8:23-cv-01378-FWS-ADS<br><br>**NOTICE OF PENDING SETTLEMENT** |

## NOTICE OF PENDING SETTLEMENT

In accordance with Local Rule 40-2, Plaintiff, Timothy Wormley, Sr., hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents

CASE NO.: 8:23-cv-01378-FWS-ADS
NOTICE OF PENDING SETTLEMENT                                                                 PAGE 1

to dismiss this case with prejudice. Nothing herein affects any claims brought by Deanna Humphrey, which claims were previously dismissed from this lawsuit (Dkt. 44).

The Parties request 60 days to finalize the settlement and effectuate dismissal with prejudice.

Respectfully submitted on April 5, 2024, by:

/s/ *Bryan J. Geiger*
Seraph Legal, P.A.
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5, 2024, a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was served via e-Notice to the following:

John A. Vogt, Esq.
Jones Day
javogt@jonesday.com
Attorneys for Defendant

/s/ *Bryan J. Geiger*
Bryan J. Geiger

CASE NO.: 8:23-cv-01378-FWS-ADS
NOTICE OF PENDING SETTLEMENT                                                      PAGE 2